ORIGINAL

ROBERT A. BRUNETTE (Calif. SBN 056637)
Attorney-At-Law
431 No. Brand Boulevard, Suite 300
Glendale, CA 91203
Telephone: (818) 502-1031
Facsimile: (818) 502-9078
e-mail: brunetlaw@aol.com

FILED
AUG 4 2006
U.S. COURT OF FEDERAL CLAIMS

Attorney For Intervenor, Regent Mfg., Inc.

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

→ By Leave of the Judge

| | |
|---|---|
| EAST/WEST INDUSTRIES, INC. a Corporation, Plaintiff, | No. 06-563 |
| vs. | MOTION TO INTERVENE [RCFC 24] |
| THE UNITED STATES OF AMERICA, ET AL, Defendants. | Hon. Bohdan A. Futey, Judge Ct.Fed.Cl. |

REGENT MFG., INC., a California corporation, by and through its attorney, ROBERT A. BRUNETTE, moves the Court, pursuant to RCFC 24, to intervene in the above-referenced action upon the following grounds:

1. I, ROBERT A. BRUNETTE, am an attorney-at-law duly licensed to practice in the State of California since 1973; and am admitted to this Court.

2. I am counsel to Regent Mfg., Inc. ("Regent") a small business located at 11905 Regentview Avenue, Downey, CA 90241-5587; telephone (562) 862-1174, facsimile (562)861-5825. Regent is engaged in the design, development and production of ground support equipment and components for U.S. Air Force aircraft.Pursuant to RCFP 24, Regent hereby requests to be named an Intervenor in the above-referenced action filed with your office by East/West Industries, Inc. on or about July 31, 2006.

3. The contracting agency is the U.S. Air Force Warner Robins-ALC LEKSF, 295 Byron Street, Robins AFB, GA 31098-1161; telephone (478) 222-1892,

Salena W. Arrington, Contracting Officer, and facsimile (478) 222-1854, or e-mail salena.arrington@robins.af.mil".

4. Regent timely bid on said Solicitation on August 25, 2005 and was awarded the above-referenced WR-ALC Contract No. FA8518-05-D-0003 for 1,500 Pound Milti-Aircraft Canopy Cranes (MMAC) on September 26, 2005. Regent was issued a Stop Work Order by WR-ALC on October 17, 2005, due to an East/West bid protest filed with the Government Accountancy Office (GAO) B-297391.1; which was dismissed by the GAO on November 7, 2005 to allow the Air Force to take voluntary corrective action to reevaluate the competitive range of three bidders, including Regent and East/West.

5. The newly constituted Air Force Evaluation Team again selected Regent on April 20, 2006, based upon the original proposals and March 14, 2006, Evaluation Notices and Requests For Clarification submissions [FAR 15.306(a)] to all three bidders.

6. On April 21, 2006 East/West was debriefed by the Air Force; and filed a second bid protest with the GAO on April 28, 2006 (B-297391.2) on essentially the same five grounds as in its prior protest; and a Supplemental Protest on May 3, 2006 (B-297391.3).

7. The Agency Report of WR-ALC ("A.R.") was filed at the GAO on June 2, 2006, and supplemented on June 19, 2006.

8. Regent, as a May 3, 2006 Intervenor and Interested Party [4 CFR § 21.0(a)&(b)], filed its written Comments to the A.R. with the GAO on June 10, 2006; and its Declaration of Regent's Engineering Manager James Lobnow (dated June 17, 2006) in the Air Force's Submission of Additional Information to the GAO on June 19, 2006. East/West submitted written Comments to the A.R. and Regent's Comments.

9. On July 19, 2006 the GAO decided in favor of Regent (B-297391.2 and B-297391.3) in the Matter of East/West Industries, Inc. And, Regent's said contract Stop Work Order was rescinded by the Agency on or about July 24, 2006. And, Regent has commenced to perform initial development and other initial design tasks under said contract.

10. As such, Regent has a direct interest in the 360 unit MMAC Contract which is the subject of the instant East/West action. And, the Court's disposition of this action will impair and impede Regent's ability to protect its said contract rights unless Regent is represented in this action [per RCFC, Rule 24(a)(2)].

Based upon the foregoing, Regent requests that it be allowed to intervene in this action as a party Intervener, with all the rights and responsibilities for such purposes. Further, Regent requests an Application For Access To Protected Information Filed Under Seal, and/or under this Court's Protective Order herein [RCFC, Appendix C, Sections III. and VI.].

Dated: August 3, 2006

LAW OFFICES OF ROBERT A. BRUNETTE

By ________________________
Robert A. Brunette
Attorney for REGENT MFG., INC.

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am engaged by the Office of Robert A. Brunette, Attorney.

My business address is 10012 Pali Avenue, Tujunga, CA 91042.

On August 3, 2006 served 1. MOTION TO INTERVENE [RCFC 24] and Regent Mfg. Inc. Cover Letter to Ct. Fed. Claims on persons or entities named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business within the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: August 3, 2006. Place of mailing: Glendale, California.

Person(s) and/or Entity(is) To Whom Mailed:

See attached page.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: August 3, 2006 at Los Angeles, California.

Margaret Truter

East/West Industries, Inc. v. United States of America, et al.
USCFC No. 06-563

Plaintiff's Counsel
Mr. Philip M. Dearborn III, Esq.
PILIERO, MAZZA & PARAGAMENT, PLLC
888-17th Street, N.W., Suite 1100
Washington, D.C. 20006

Counsel for United States of America
Mr. David Harrington, Esq.
U.S. Department of Justice-Civil Div.
1100 "L" Street, N.W., Room 12136
Washington, D.C. 20530