# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed August 9, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
**EAST/WEST INDUSTRIES, INC.** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic conference was held on August 2, 2006, the parties who participated in the conference call were: for the Plaintiff, Philip Murray Dearborn, III, Esq.; for the Defendant, David Allen Harrington, Esq. and Major Jeffrey Brandsetter, Esq., Agency attorney for the Air Force. Also on the call upon the court's invitation was attorney, Robert Brunette, for Regent Manufacturing, Inc., the awardee. A follow-up conference call was held on August 9, 2006.

Pursuant to the telephonic conferences, the following is hereby ordered:

1. Plaintiff's Motion For Leave To File A Complaint Under Seal, filed on August 1, 2006, is hereby ALLOWED.

2. Plaintiff's Motion For Entry Of Protective Order, filed on August 1, 2006, is hereby ALLOWED. The Protective Order shall be filed as of this date.

3. The parties agreed to go forward on Counts 1, 2, 3, and 4 (bid protest) of the Complaint filed on August 1, 2006, while Counts 5, 6, and 7 (the patent infringement claims) shall be STAYED until further order of the court.

4. Regent Manufacturing, Inc.'s Motion to Intervene filed on August 4, 2006 is hereby ALLOWED.

5. This case shall proceed on the following schedule: The administrative record shall be filed with the court on Friday, August 18, 2006. Plaintiff shall file its Motion for Judgment on the Administrative Record by Friday, September 1, 2006. Defendant will file its response to plaintiff's motion by Friday, September 15, 2006. The intervenor shall also file its response to plaintiff's motion by Friday, September 15, 2006. Plaintiff shall file its reply by Friday, September 22, 2006.

6. Oral argument will be held on Wednesday, October 4, 2006 at 10:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The exact location of the courtroom will be posted on the bulletin board in the lobby. Plaintiff shall have up to 45 minutes for its presentation. The defendant and intervenor shall have up to 45 minutes combined for their arguments. Each side shall have up to 15 minutes for rebuttal.

7. The court requested, and defendant agreed, that the manufacture of the crane in question will not occur until after the resolution of the bid protest (Counts 1, 2, 3, and 4). The court intends to issue a ruling on October 4, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**