# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed August 11, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **EAST/WEST INDUSTRIES, INC.** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

The Protective Order filed on August 9, 2006 is hereby amended as follows:

Paragarph 3 shall now read: "Protected information of any kind may be provided only to the court and to individuals authorized by this Protective Order and must be filed electronically as a sealed document as per the procedures on the Electronic Case Filing system."

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**