# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed August 18, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **EAST/WEST INDUSTRIES, INC.** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

Defendant's Unopposed Motion For Leave To File The Administrative Record On CD And To Waive Paper Copy, filed August 17, 2006, is hereby ALLOWED. Defendant will arrange for a courtesy paper copy to be delivered to chambers.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**