**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| EAST/WEST INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-563C |
| | ) | (Judge Futey) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| REGENT MFG., INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendant, the United States, moves for leave to supplement the administrative record filed in this action on August 18, 2006. Plaintiff, East/West Industries, Inc., and intervenor, Regent Manufacturing, Inc., consent to the proposed supplementation of the record.

On August 18, 2006, the United States filed the administrative record in this action on CD-Rom. A contracting officer's certification verifying that the administrative record is comprehensive and complete was to be placed at the end of the administrative record. The certification was inadvertently not included with the material scanned and burned to CD-Rom. As a result, it was omitted from the administrative record.

The United States seeks to correct this oversight and, accordingly, seeks leave to supplement the administrative record. The contracting officer's certification has been numbered AR4976 and is attached to this motion. See Ex. A.

## CONCLUSION

For these reasons, the United States respectfully requests that the Court grant this unopposed motion for leave to supplement the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

Dated: August 23, 2006

**CERTIFICATE OF FILING**

I hereby certify that on 23th day of August, 2006, a copy of “DEFENDANT’S RESPONSE IN OPPOSITION TO PLAINTIFF’S MOTION FOR LEAVE TO TAKE DISCOVERY” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David A. Harrington