CERTIFICATION OF CONTRACTING OFFICE ADMINISTRATIVE RECORD
FOR CONTRACT FA8518-05-D-0003

I, Salena W. Arrington, hereby certify that to the best of my knowledge and after careful review the following documents constitute the record of administrative actions performed for issuance of solicitation FA8518-04-R-70801 and award of contract FA8518-05-D-0003. The documents contained in the administrative record are the documents required to be maintained in accordance with this agency's procurement regulations, as well as the documents identified in Appendix C to the Rules of the United States Court of Federal Claims. The records have been organized as they are maintained in this agency's files.

Salena W. Arrington
SALENA W. ARRINGTON 10 Aug 06
Contracting Officer
642 CBSSS/GBZO-PKBB