ORIGINAL

FILED
AUG 29 2006
U.S. COURT OF FEDERAL CLAIMS

ROBERT A. BRUNETTE (Calif. SBN 056637)
Attorney-At-Law
431 No. Brand Boulevard, Suite 300
Glendale, CA 91203
Telephone: (818) 502-1031
Facsimile: (818) 502-9078
e-mail: brunetlaw@aol.com

Attorney For Intervenor, Regent Mfg., Inc.

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| EAST/WEST INDUSTRIES, INC. a Corporation, Plaintiff, vs. THE UNITED STATES OF AMERICA, ET AL, Defendants. | ) No. 1:06-CV-00563 BAF ) Hon. Bohdan A. Futey, Judge, Ct.Fed.Cl. |

**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL**
**[RCFC APPENDIX "C", 17(A)]**

1. I, ROBERT A. BRUNETTE, hereby apply for access to protected information covered by the Protective Order filed August 9, 2006, as amended, in connection with this proceeding.

2. I am an attorney with the Law Offices of ROBERT A. BRUNETTE and have been retained to represent the Intervenor, REGENT MFG., INC. ("Regent"), a party to this proceeding.

3. I am a member in good standing of the State Bar of California (Member No. 056637), and the bar of the United States Court of Federal Claims (the "Court").

4. My professional relationship with Regent and its personnel is strictly one of legal counsel. I am not involved in competitive decision making,as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for Regent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advise concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

5. All of the attorneys associated with my firm, can make the representations set forth in the preceding paragraphs:

6. No member of my immediate family is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order.

7. I have never been denied admission to a protective order, had admission revoked or been found to have violated a protective order issued by any administrative or judicial tribunal.

8. I have read the Protective Order issued by the Court in this proceeding. I will comply in all respects with that Order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

9. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the Court and in possible civil and criminal liability.

By my signature, I certify that, to the best of my knowledge, the representations set forth above are true and correct.

Dated: August 28, 2006

LAW OFFICES OF ROBERT A. BRUNETTE

By_______________

Robert A. Brunette
Attorney for Intervenor,
REGENT MFG., INC.
Tel: (818) 502-1031
Fax: (818) 502-9078

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am engaged by the Law Office of Robert A. Brunette, Attorney.

My business address is 10012 Pali Avenue, Tujunga, CA 91042.

On August 28, 2006, I served the attached Application For Access To Information Under Protective Order By Outside Counsel [Robert A. Brunette] on persons or entities named in the attached list, by enclosing a copy in an envelope addressed as shown therein; and, by placing the envelope for collection and mailing on the date and at the place shown below following Mr Brunette's ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business within the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: August 28, 2006.

Place of mailing: Glendale, California.

Person(s) and/or Entity(is) To Whom Mailed: See attached page.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am engaged by a member of the bar of this Court at whose direction the service was made.

Executed on: August 28, 2006 at Los Angeles, California.

Margaret Truter
Margaret Truter

East/West Industries, Inc. v. United States of America, et al.
USCFC No. 1:06-CV-00563 BAF

Plaintiff's Counsel:
Mr. Philip M. Dearborn III, Esq.
PILIERO, MAZZA & PARAGAMENT, PLLC
888-17th Street, N.W., Suite 1100
Washington, D.C. 20006

Counsel for United States of America:
Mr. David Harrington, Esq.
U.S. Department of Justice-Civil Div.
1100 "L" Street, N.W., Room 12136
Washington, D.C. 20530

Major Jeffrey Branstetter, USAF
Dept. of the Air Force, AFLOA/JACN
1501 Wilson Blvd., Room 606
Arlington, VA 22209-2403