# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed September 5, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * *
**EAST/WEST INDUSTRIES, INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic conference shall be held on Monday, September 11, 2006, at 2:00 p.m. EDT, concerning plaintiff's Motion For Leave To Take Limited Discovery filed on August 11, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**