**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| EAST/WEST INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-563C |
| | ) | (Judge Futey) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| REGENT MFG., INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S STATUS REPORT PROVIDING PROPOSED, REVISED SCHEDULE**

Pursuant to the Court's September 11, 2006 order, counsel for the United States, East/West Industries and Regent Manufacturing have conferred regarding a revised schedule for briefing cross-motions for judgment upon the administrative record in this action. The parties reached an apparent agreement on September 12, 2006.

The United States proposed, and East/West and Regent agreed, to the following schedule: (1) East/West Industries files a motion for judgment upon the administrative record September 22, 2006; (2) the United States files a cross-motion and response October 4, 2006; (3) Regent files a response to East/West's motion October 4, 2006; (4) East/West files a combined response/reply brief October 10, 2006; and (5) the United States files a reply in support of its cross-motion October 13, 2006. The September 22, 2006 motion for judgment would incorporate any information obtained through deposition discovery and would supersede the September 1, 2006 motion previously filed by East/West. The parties further proposed that oral

argument upon the motions for judgment be scheduled by the Court on October 17, 2006 or October 18, 2006.

The United States and Regent continue to believe that this schedule should be adopted by the Court to expeditiously resolve this matter. However, on Friday, September 15, 2006, at approximately 3:30 p.m., counsel for East/West, Philip Dearborn, withdrew East/West's consent to the agreed schedule.[1] Mr. Dearborn objected for the first time to the inclusion of a reply in support of the United States' anticipated cross-motion. Mr. Dearborn further indicated that East/West would file its own status report proposing a different, as yet unknown schedule in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

---

[1] During the September 11, 2006 status conference, and during subsequent discussions with Mr. Dearborn, counsel for the United States explained that he would be out of the office for a long-planned family vacation beginning on September 16, 2006.

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

Dated: September 15, 2006

**CERTIFICATE OF FILING**

I hereby certify that on 15th day of September, 2006, a copy of "DEFENDANT'S STATUS REPORT PROVIDING PROPOSED, REVISED SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington