# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed September 22, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**EAST/WEST INDUSTRIES, INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On September 18, 2006, plaintiff filed a Motion For Leave To Take Deposition Of Elaine Moore. Defendant has not had the opportunity to file a response to plaintiff's motion.

After careful consideration of plaintiff's motion, and finding that circumstances require an expeditious ruling on this motion, the following is hereby ordered:

1. Plaintiff may depose Ms. Elaine Moore concerning any role that she may have had in the evaluation and reevaluation of the bids, and, in particular, the reference to the e-mail of Ms. Moore dated March 15, 2006 found on the signature line of the "Final Conference Assessment Group (PCAG) Report." The deposition should take place no later than October 2, 2006, if possible.

2. Because plaintiff's motion to depose Ms. Moore has been granted, the court cannot accept Defendant's Status Report Providing Proposed, Revised Schedule filed on September 15, 2006, or Plaintiff's Status Report Providing Proposed, Revised Schedule filed on September 18, 2006. Accordingly, the parties shall file a revised

schedule concerning proceedings in this case by Tuesday, October 3, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**