**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| EAST/WEST INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-563C |
| | ) | (Judge Futey) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| REGENT MFG., INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S STATUS REPORT UPON BEHALF**
**OF ALL PARTIES PROVIDING A PROPOSED, REVISED SCHEDULE**

Pursuant to the Court's September 22, 2006 order, counsel for the United States, East/West Industries and Regent Manufacturing have conferred and agreed upon a revised schedule for briefing cross-motions for judgment upon the administrative record in this action.

The United States proposed, and East/West and Regent agreed, to the following schedule: (1) East/West Industries will file its motion for judgment upon the administrative record on October 10, 2006; (2) the United States will file a cross-motion and response to East/West's motion on October 20, 2006; (3) Regent will file a response to East/West's motion on October 20, 2006; (4) East/West will file a combined response/reply brief on October 27, 2006; and (5) the United States will file a reply in support of its cross-motion on November 2, 2006. East/West's October 10, 2006 motion for judgment upon the administrative record will incorporate any information obtained through deposition discovery and will supersede the September 1, 2006 motion previously filed by East/West. The parties further propose that oral

argument upon the motions for judgment be scheduled by the Court on November 7, 2006 or November 8, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

Dated: October 3, 2006

**CERTIFICATE OF FILING**

I hereby certify that on 3rd day of October 2006, a copy of "DEFENDANT'S STATUS REPORT, UPON BEHALF OF ALL PARTIES, PROVIDING A PROPOSED, REVISED SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington