# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed October 4, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

**EAST/WEST INDUSTRIES, INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**REGENT MFG., INC.,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to Defendant's Status Report Upon Behalf Of All Parties Providing A Proposed, Revised Schedule, filed on October 3, 2006, the court's Order filed on August 9, 2006, is hereby amended as follows:

1. Plaintiff shall file its motion for judgment upon the administrative record by Tuesday, October 10, 2006. Plaintiff's motion for judgment upon the administrative record will incorporate any information obtained through deposition discovery and will supersede the September 1, 2006 motion previously filed by plaintiff.

2. Defendant shall file a cross-motion and response to plaintiff's motion by Friday, October 20, 2006.

3. Intervenor shall file its response to plaintiff's motion by Friday, October 20, 2006.

4. Plaintiff shall file a combined response and reply brief by Friday, October 27, 2006.

5. Defendant shall file a reply in support of its cross-motion by Thursday, November 2, 2006.

6. Oral argument will be held on Thursday, November 9, 2006 at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The exact location of the courtroom will be posted on the bulletin board in the lobby. Plaintiff shall have up to 45 minutes for its presentation. Defendant and intervenor shall have up to 45 minutes combined for their arguments. Each side shall have up to 15 minutes for rebuttal.

7. In addition, the manufacture of the crane in question will not occur until after the resolution of the bid protest (Counts 1, 2, 3, and 4). The court intends to issue a ruling on the day of oral argument scheduled for November 9, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**