**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| EAST/WEST INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-563C |
| | ) | (Judge Futey) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| REGENT MFG., INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendant, the United States, moves for leave to supplement the administrative record filed in this action on August 18, 2006. Plaintiff, East/West Industries, Inc., and intervenor, Regent Manufacturing, Inc., consent to the proposed supplementation of the record.

On August 18, 2006, the United States filed the administrative record. Through discussions with plaintiff and intervenor, the United States has identified a limited number of documents that were inadvertently not included as part of the administrative record. The United States seeks to correct this oversight and, accordingly, seeks leave to supplement the administrative record.

An index to the proposed, supplemented administrative record is attached as Exhibit A to this motion. The documents that the United States seeks to add to the administrative record have been numbered and are attached as Exhibit B to this motion.

**CONCLUSION**

For these reasons, the United States respectfully requests that the Court grant this unopposed motion for leave to supplement the administrative record and to order the documents attached as Exhibit B filed as part of the administrative record in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

Dated: October 6, 2006

**CERTIFICATE OF FILING**

I hereby certify that on 6th day of October, 2006, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington