**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| EAST/WEST INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-563C |
| | ) | (Judge Futey) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| REGENT MFG., INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**REVISED INDEX TO THE ADMINISTRATIVE RECORD**

Agency Memorandum of Law, dated May 30, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Contracting Officer's Statement of Facts, dated May 30, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . 14

Protest B-297391-2, dated April 28, 2006 and Supplemental Protest -3, dated May 3, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

RFP FA8518-04-R-70801 and Amendments, various dates . . . . . . . . . . . . . . . . . . . . . . . . . 144

East/West Proposal (Volumes II, III, IV), Evaluation Notices, and FPRs, various dates . . . . . 296

Regent Manufacturing Proposal (Volumes I, II, & III), Evaluation Notices, and FPRs, various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 604

Technical/Risk Correspondence and Report, various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . 916

PRAG Correspondence and Report, various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 934

Briefing Charts, Initial, dated July 19, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 986

Briefing Charts, Final, dated September 14, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1018

SSDD, dated September 16, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1041

Regent Manufacturing Contract, dated September 26, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . 1047

GAO Dismissal, dated November 7, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1075

Reevaluation: East/West Evaluation Notices, Responses and Correspondence, various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1076

Reevaluation: Regent Evaluation Notices, Responses and Correspondence, various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1087

Reevaluation: PCAG Correspondence and Report, various dates . . . . . . . . . . . . . . . . . . . . . . . 1108

Reevaluation: SSDD, dated April 20, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1139

Settlement Action East/West vs. Goodcrane, dated March 17, 2006 . . . . . . . . . . . . . . . . . . . . 1146

Documents of F-16 Aircraft Damage, undated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1185

Debriefing for East/West Industries, dated April 28, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . 1201

GAO Decision re: East-West Industries, Inc. Protest, dated July 19, 2006 . . . . . . . . . . . . . . . . 1212

East/West's Comments to Agency Report, various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1222

Purchase Request and Requirement Documents, various dates . . . . . . . . . . . . . . . . . . . . . . . . 1338

E-mail from Stephen E. Gibbs to Teresa A. Minton re: 1500# Crane - updated PD w/ attachments, dated July 6, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1362

E-mail from Stephen E. Gibbs to Charles E. Williams re: PD04WRLEEE19 w/ attachments, dated May 20, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1379

E-mail from Stephen E. Gibbs to Charles E. Williams re: PD w/o provisioning w/ attachments, dated February 26, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1396

Checklist for Buy Team PR Development, dated November 3, 2002 . . . . . . . . . . . . . . . . . . . . 1430

PR Checklist for Buy Items, dated February 11, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1433

E-mail from Charles Williams to Linda Mauldin re: Chronology of the 1500 lbs Portable Egress Crane w/attachments, dated April 9, 2003 . . . . . 1438

E-mail from Stephen E. Gibbs to Charles E. Williams re: New PD and section L & M, dated April 2, 2004 . . . . . 1441

E-mail from Charles E. Williams to Steve M. Clark re: Request drawings to be uploaded on the Q drive for R, dated April 1, 2004 . . . . . 1444

Memorandum for WR-ALC/LGECB from Patricia Wilson re: Request For Master Bidset, dated December 18, 2003 . . . . . 1446

Memorandum for WR-ALC/LGECB from Audra Sue Freeman re: Request for Master Bidset, dated April 21, 2004 . . . . . 1447

Notice to Accompany The Dissemination of Export - Controlled Technical Data, dated November 2004 . . . . . 1448

Purchase Description - PD04WRLEEE19, dated March 16, 2004 . . . . . 1449

E-mail from Stephen E. Gibbs to Charles E. Williams re: 1500# Crane - Sent PD to LG, dated April 5, 2004 . . . . . 1463

E-mail from Charles E. Williams to Joe Hammonds, Jr. re: FD2060-04-70801 1500 lbs egress crane, dated March 22, 2004 . . . . . 1464

E-mail from Charles E. Williams to Joe Hammonds, Jr. re: 1500 LBS CRANE, dated March 31, 2004 . . . . . 1465

E-mail from Charles E. Williams to Thomas Robertson re: FD2060-04-70801, dated March 25, 2004 . . . . . 1472

E-mail from Charles E. Williams to Joe Hammonds, Jr. re: FD2060-04-70801, dated March 25, 2004 . . . . . 1475

E-mail from Charles E. Williams to Joe Hammonds, Jr. re: 1500 LBS PORTABLE EGRESS CRANE, dated March 12, 2004 . . . . . 1478

E-mail from Stephen E. Gibbs to Charles E. Williams re: PD w/attachments, dated March 26, 2004 . . . . . 1480

E-mail from Charles E. Williams to Stephen E. Gibbs re: 1500 LBS PORTABLE CRANE, dated April 13, 2004 . . . . . 1497

E-mail from Charles E. Williams to Deborah K. Hall re: FD2060-04-70801 NSN: 3950-01-473-6011, dated March 31, 2004 . . . . . 1498

E-mail from Charles E. Williams to Deborah K. Hall re: Drawings FD2060-04-70801 NSN: 3950-01-473-6011, dated April 12, 2004 . . . . . 1499

E-mail from Charles E. Williams to Deborah K. Hall re: Request drawings for subject PR, dated April 29, 2004 . . . . . 1500

E-mail from Charles E. Williams to Stephen E. Gibbs re: Market Research, dated March 10, 2004 . . . . . 1501

E-mail from Charles E. Williams to Thomas Robertson re: Documentation - The Market Research Report, dated March 15, 2004 . . . . . 1502

E-mail from Stephen E. Gibbs to Charles E. Williams re: provisioning, dated April 5, 2004 . . . . . 1503

E-mail from Charles E. Williams to Audra Sue Freeman re: PD FD2060-04-70801 data, dated April 6, 2004 . . . . . 1505

E-mail from Charles E. Williams to Mark H. Wallentine re: FA8518-04-R-70801 Price Analyst, dated April 8, 2004 . . . . . 1512

E-mail from Lisa M. Finley-Woods to Audra Sue Freeman re: shipping address, dated April 8, 2004 . . . . . 1513

E-mail from Audra Sue Freeman to Charles E. Williams re: Bidset8555.doc, dated April 8, 2004 . . . . . 1520

E-mail from Charles E. Williams to Audra Sue Freeman re: 3950-01-473-6011 EDL, dated April 12, 2004 . . . . . 1521

E-mail from Franklin N. Holland to Charles E. Williams re: Provisioning Data, dated April 12, 2004 . . . . . 1522

E-mail from Charles E. Williams to Elaine J. Moore re: FA8518-04-R-70801 1500 LBS PORTABLE CRANE, dated April 8, 2004 . . . . . 1528

E-mail from Joe Hammonds, Jr. to Elaine J. Moore re: 1500# Egress Crane, dated March 15, 2004 . . . . . 1532

E-mail from Joe Hammonds Jr. to Charles E. Williams re: Provisioning Data, dated April 6, 2004 . . . . 1543

E-mail from Cindy L. Huddleston to Lisa P. Dominy and etc. re: Meeting Minutes from 1500# Crane Kickoff, dated March 31, 2004 . . . . 1546

E-mail from Joe Hammonds Jr. to Charles E. Williams re: 1500# Crane Kick-off Agenda, dated January 14, 2004 . . . . 1550

E-mail from Vida Novak to Charles E. Williams re: FA8518-04-R-70801, dated May 6, 2004 . . . . 1553

E-mail from Teresa A. Minton to Goodcrane re: CANOPY CRANES, dated April 30, 2004 . . . . 1554

E-mail from Charles E. Williams to various recipients re: FYI: FA8518-04-R-70801 RFP 1500 LBS CRANE, dated May 13, 2004 . . . . 1555

E-mail from Charles E. Williams to Jose-Manuel Aranda re: Tender FA8518-04-R-70801, dated May 13, 2004 . . . . 1560

E-mail from Charles E. Williams to Robbie Weber re: Solicitation FA8518-04-R-70801, dated May 17, 2004 . . . . 1561

E-mail from Charles E. Williams to Jose-Manuel Aranda re: Enquiry Tender, dated April 13, 2004 . . . . 1562

E-mail from Stephen E. Gibbs to Charles E. Williams re: 1500# Egress Crane - MR Report w/attachments, dated March 15, 2004 . . . . 1566

E-mail from Stephen E. Gibbs to Teresa Minton re: Market Research (Original). xls w/attachments, dated July 19, 2003 . . . . 1580

Small Business - Coordination Record w/attachments, dated March 29, 2004. . . . . 1582

E-mail from notifier@eps.gov to Charles E. Williams re: FBO posting update w/attachments, various dates . . . . 1586

Correspondences re: Crane Solicitation, various dates . . . . 1596

E-mail from Teresa Minton to goodcrane.com re: CRANE SOLICITATION AMENDMENT w/attachments, dated July 11, 2005 . . . . 1724

E-mail from goodcrane.com to Teresa Minton re: FA8518-04-R-70801, 1500 LB CRANE w/attachments, dated May 26,2005 . . . 1747

E-mail from Stephen E. Gibbs to Teresa Minton re: Goodcrane EN's w/attachments, dated May 4, 2005 . . . 1777

E-mail from Teresa Minton to Goodcrane re: FA8518-04-R-70801, dated April 1, 2005 . . . 1783

E-mail from Stephen E. Gibbs to Joe Hammonds Jr. re: Goodcrane EN's w/attachments, dated March 31, 2005 . . . 1784

E-mail from goodcrane.com to Teresa Minton re: Solicitation FA8518-04-R-70801, dated March 1, 2005 . . . 1787

Letter from Levi Romero II (Goodcrane.com) to Teresa Minton re: Final Proposal Revision for RFP FA8518-04-R-70801 w/attachments, dated January 20, 2005 . . . 1788

E-mail from Teresa Minton to goodcrane.com re: GOODCRANE - FPR - CRANE, dated December 16, 2004 . . . 1823

E-mail from Teresa Minton to Goodcrane re: FA8518-04-R-70801 CRANE, dated December 8, 2004 . . . 1824

E-mail from Goodcrane to Charles E. Williams re: FA8518-04-R-70801, dated October 4, 2004 . . . 1825

Correspondences re: FA8518-04-R-70801 CRANE EN w/attachments, various dates . . . 1826

E-mail from Teresa Minton to goodcrane.com re: AWARD OF CONTRACT FOR 1500 LB CRANE w/attachments, dated September 26, 2005 . . . 1997

E-mail from goodcrane to Teresa Minton re: FA8518-04-R-70801, 1500 LB CRANE, dated September 21, 2006 . . . 2004

E-mail from Teresa Minton to goodcrane.com re: decision on the award w/attachment, dated September 19, 2005 . . . 2007

Correspondences re: Crane Solicitation Request for Final Proposal Revision, various dates . . . 2009

Correspondences re: Sunbelt Design & Development, various dates . . . 2038

Correspondences re: Air Technical, various dates . . . 2396

Correspondences re: Langa Industries, various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2548

E-mail from Elaine Moore to Teresa Minton re: 1500 crane, dated September 26, 2005 . . . . 3350

E-mail from Teresa Minton to Lisa Corr re: CRANE – Draft PCM and Decision Briefing Charts w/attachments, dated September 12, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3354

E-mail from Elaine Moore to Teresa Minton re: CRANE FPR AND CHARTS w/attachments, dated August 24, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3485

E-mail from Elaine Moore to Teresa Minton re: 1500# Crane, dated August 16, 2005 . . . . . 3515

E-mail from Elaine Moore to Teresa Minton re: CRANE, dated May 5, 2005 . . . . . . . . . . . . 3517

E-mail from Elaine Moore to Teresa Minton re: CRANE SSDD.doc w/attachments, dated March 15, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3518

E-mail from Elaine Moore to Teresa Minton re: CRANE FPR w/attachments, dated December 28, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3525

E-mail from Lisa A. Corr to Charles E. Williams re: 1500LB FPR Briefing, dated November 1, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3567

E-mail from Elaine Moore to Joe Hammonds Jr. re: 1500LB MACC FPR Brief w/attachment, dated October 14, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3568

E-mail from Joe Hammonds Jr. to Lisa A. Corr re: 1500 MACC w/attachments, dated October 12, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3572

E-mail from Charles E. Williams to Elaine Moore re: FPR Briefing CRANE CHARTS w/attachments, dated October 8, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3582

E-mail from Charles E. Williams to Elaine Moore re: 1500 lb crane w/attachments, dated October 8, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3594

Competitive Range Determination FAR 15.306(C) FA8518-04-R-70801, undated . . . . . . . . 3657

E-mail from Douglas K. Foster to Joe Hammonds Jr. re: 1500 LB SSA crane briefing, dated July 19, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3665

Competitive Range Determination FAR 15.306(C) FA8518-04-R-70801, dated August 23, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3666

E-mail from Sandra Cantrell to Teresa Minton re: Spreadsheets for the Crane Source Selection w/attachments, dated September 30, 2005 . . . . 3673

E-mail from Joe Hammonds Jr. to Robbie G. Jennings re: Crane Status, dated September 17, 2004 . . . . 3730

E-mail from Charles E. Williams to Sandra Cantrell re:1500 LBS CRANE, dated July 27, 2004 . . . . 3731

Crane Competitive Range Determination, dated August 23, 2004 . . . . 3732

Determination of Contractor's Responsibility re: Regent Mfg Inc., w/attachments, undated . . . . 3733

E-mail from Yudie Fishman to Teresa Minton re: Signed Contract FA8518-05-D-0003 w/attachment, dated September 26, 2005 . . . . 3741

E-mail from Yudie Fishman to Teresa Minton re: CRANE, dated September 23, 2005 . . . . 3743

E-mail from Stephen E. Gibbs to Charles E. Williams re: Source Selection-Regent w/attachment, dated August 5, 2004 . . . . 3745

E-mail from Sandra Cantrell to Teresa Minton re: CRANE PRICING, dated August 16, 2005 . . . . 3749

E-mail from Frank S. to Charles E. Williams re: Response to Evaluation Notices, dated August 30, 2004 . . . . 3750

E-mail from Teresa Minton to Charles E. Williams re: RFP FA8518-04-R-70801, Issuance of Evaluation Notices (ENS), dated August 25, 2004 . . . . 3751

E-mail from Teresa Ferraro to Teresa Minton re: Solicitation FA8518-04-R-70801, 1500 lb. Crane w/attachments, dated July 29, 2005 . . . . 3752

E-mail from Teresa Minton to Joe Hammonds Jr. re: CRANE w/attachments, dated September 12, 2005 . . . . 3812

E-mail from Stephen Gibbs to Teresa Minton re: CRANE - ADDITIONAL CLARIFICATION, dated August 11, 2005 . . . . 3867

E-mail from Joe Hammonds Jr. to Teresa Minton re: CRANE SLIDES w/attachments, dated August 2, 2005 . . . . 3872

E-mail from Teresa Minton to Joe Hammonds Jr. re: TA-R-PPT SOURCE SELECTION QUESTION, dated August 11, 2005 . . . . . 3899

E-mail from Stephen E. Gibbs to Teresa Minton re: East/West, dated August 17, 2005 . . . . 3901

E-mail from Stephen E. Gibbs to Teresa Minton re: CRANE FPR AND CHARTS w/attachments, dated August 23, 2005 . . . . . 3902

E-mail from Teresa Minton to Stephen E. Gibbs re: CRANE SOLICITATION REQUEST FOR FINAL PROPOSAL REVISION w/attachments, dated August 30, 2005 . . . . . 3922

E-mail from Stephen E. Gibbs to Teresa Minton re: 1500# Crane w/attachments, dated August 12, 2005 . . . . . 3935

E-mail from Teresa Minton to Stephen E. Gibbs re: GOODCRANE RESPONSE w/attachments, dated August 1, 2005 . . . . . 3958

E-mail from Teresa Minton to Stephen E. Gibbs re: EAST WEST RESPONSE w/attachments, dated July 29, 2005 . . . . . 3981

E-mail from Stephen E. Gibbs to Joe Hammonds Jr. re: East/West Cran T.O. w/attachments, dated June 28, 2005 . . . . . 4006

E-mail from Joe Hammonds Jr. to Gary Moyses re: 1500# Crane EN Response w/attachments, dated June 10, 2005 . . . . . 4021

E-mail from Stephen E. Gibbs to Teresa Minton re: East/West EN's w/attachments, dated June 1, 2005 . . . . . 4041

E-mail from Joe Hammonds Jr. to Teresa Minton re: 1500 Lb Crane w/attachments, dated April 4, 2005 . . . . . 4061

E-mail from Stephen E. Gibbs to Teresa Minton re: CRANE SSDD.doc w/attachments, dated March 17, 2005 . . . . . 4075

E-mail from Stephen E. Gibbs to Teresa Minton re: FINAL SSA BRIEFING.ppt REALLY FINAL w/attachments, dated March 14, 2005 . . . . . 4083

E-mail from Joe Hammonds Jr. to Charles E. Williams re: (Hopefully) Final 1500_MACC w/attachments, dated November 18, 2004 . . . . . 4091

E-mail from Stephen Gibbs to Teresa Minton re: Technical Evaluation-RPT.doc w/attachments, dated January 31, 2005 . . . . . 4113

E-mail from Sandra Cantrell to Charles E. Williams re: Corrections Made to Crane Source Selection Charts w/attachments, dated October 8, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4122

E-mail from Charles E. Williams re: FA8518-04-R-70801, dated October 4, 2004 . . . . . . . . 4126

E-mail from Joe Hammonds Jr. to Teresa Minton re: FPR Briefing, dated October 4, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4127

E-mail from Teresa Minton to Charles E. Williams re: CRANE w/attachments, dated September 27, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4137

E-mail from Joe Hammonds Jr. to Douglas K. Foster re: 1500Lb Egress Crane source selection, dated August 25, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4161

E-mail from Stephen E. Gibbs to Charles E. Williams re: Source Selection - East/West w/attachments, dated August 5, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4163

E-mail from Joe Hammonds Jr. to Douglas K. Foster re: 1500 LB SSA crane briefing, w/attachments, dated July 19, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4167

Crane Section L & M w/attachments, various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4171

E-mail from Teresa Minton to James Caine re: Review of SSDD w/attachments, dated September 15, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4218

E-mail from Teresa Minton to Cassandra Tharpe re: DD 350 w/attachments, dated September 26, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4314

E-mail from Teresa Minton to Yudie Fishman re: CRANE, dated September 20, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4317

E-mail from Teresa Minton to Franklin N. Holland re: CRANE FPR w/attachments, dated December 13, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4321

E-mail from Teresa Minton to Frank Schieferstein re: AWARD OF CONTRACT FOR 1500 LB CRANE w/attachments, dated September 26, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4374

Facsimile from Teresa Minton to SAF/LLP re: 1279 REPORT w/attachment, dated September 19, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4394

Memorandum for Regent Manufacturing Inc re: Contract FA8518-05-D-0003, 1500 LB Crane, Protest of Award w/attachment, dated October 17, 2005 . . . . . . . . . . . . . . . . . . . . . . 4397

E-mail from Teresa Minton to Karen Eich re: Crane Award, dated September 26, 2005 . . . . 4401

E-mail from Teresa Minton to WRALC/PK PKXO re: Contract Distribution w/attachments, dated September 26, 2006 . . . . 4402

Protest after award, various dates . . . . 4408

E-mail from David Olivas to Teresa Minton re: 1500 LB Crane - Stop Work Order w/attachments, dated November 9, 2005 . . . . 4809

E-mail from Lake Holt to Teresa Minton re: FOIA requests w/attachments, dated October 12, 2005 . . . . 4893

E-mail from Teresa Minton to Darlene Robertson re: FOIA 05-0381 w/attachments, dated October 11, 2005 . . . . 4909

FA8518-05-D-0003 Order 0001 and Mods, various dates . . . . 4960

Memorandum re: Request for Proposal (RFP) FA8518-04-R-70801, Request for Final Proposal Revisions, dated January 19, 2005 . . . . 4976

Technical Evaluation, dated September 15, 2005 . . . . 4979

E-mail from Elaine Moore to Thomas Eller, re: 1500lb Crane Final PCAG, dated March 15, 2006 . . . . 4983

E-mail from Elaine Moore to Thomas Eller re: 1500LB SSDD, dated March 28, 2006 . . . . 4985

Supplemental Contracting Officer's Statement of Facts, dated June 19, 2006 . . . . 4986

Comments of Intervenor, Regent Mfg., to GAO, dated June 10, 2006 . . . . 5013