they will be minimal. Based on the above analysis Goodcrane is assessed as a LOW RISK.

**AFTER EN's**

The contractor demonstrated that their proposed crane meets all the requirements specified in section M of the RFP; therefore they are TECHNICALLY ACCEPTABLE. Contractor demonstrated that the pulling force required to move crane from rest will be less than 75 pounds and that the boom reach is at least 78 inches.

Due to the fact that their crane has been produced and is in use today, Goodcrane is assessed as a LOW RISK.

**Langa Techncial Proposal**

Not a small business

**Regent Technical Proposal**

Approach

The contractor is offering a sound design that is based on two previous cranes that have been fielded by the government.

**Sub-factor (1)** Physical Characteristics

TECHNICALLY ACCEPTABLE

The contractor did not demonstrate the boom requirement. The only information found was located in figure 2, pg.6 of proposal. Based on this information, it is uncertain if the contractor meets the 78-inch unobstructed boom reach requirement.

**Sub-factor (2)** System Reliability

The contractor met the MCBF requirement.

**Sub-factor (3)** System Maintainability

The contractor met the MTTR requirement.

Protected Information To Be Disclosed Only
In Accordance With United States Court of
Federal Claims Protective Order

**RISK ASSESSMENT:**

Regent demonstrated technical knowledge and experience to manufacture this crane. Their proposed crane is developed from existing cranes that have been fielded by the government. The only adjustment that they will have to make is in the boom, but this is considered minor. Based on the above analysis Regent is assessed as a LOW RISK.

**AFTER EN's**

The contractor demonstrated that their proposed crane meets all the requirements specified in section M of the RFP;. therefore they are TECHNICALLY ACCEPTABLE. Contractor demonstrated the boom reach is at least 78 inches.

Due to the fact that their crane is a derivative of existing cranes previously used by the government, Regent is assessed as a LOW RISK.

**Sunbelt Technical Proposal**

Approach

The contractor is offering a trailer-mounted crane. The contractor's mast is designed similar to a forklift and the mast is telescoping.

**Sub-factor (1)** Physical Characteristics

TECHNICALLY UNACCEPTABLE

Maneuverability

The contractor stated the crane would have a turning radius of less than 18 feet, but failed to demonstrate this requirement. The contractor also did not demonstrate a pulling force less than 75 pounds. All that was stated is that the rolling resistance of the crane would not exceed 75 pounds.

Boom

The contractor failed to include a detailed explanation, with calculations, describing how the mast will support the boom and how the boom will support 1500 pounds. The drawing given lacked enough detail to show how the mast and boom assemblies will be held together to support 1500 pounds. The contractor did include the tensile strength of the boom material, but failed to provide any information on how the boom configuration is within the allowable stress limits.

Stability

The contractor provided information on individual material, but failed to provide any information on overall crane stability. The contractor needs to specify more than the tensile strength. The contractor also failed to demonstrate that the crane is stable while rotating 360 degrees. The contractor did not provide any information on where the outriggers will be located. This is essential to demonstrate the crane's stability while operated. The only information given was that the outriggers will be approximately 7.5 feet in length.

**Sub-factor (2)** System Reliability

TECHNICALLY UNACCEPTABLE

The proposal stated that the MCBF would be met, but failed to provide any information as to how the MCFB requirement would be achieved.

**Sub-factor (3)** System Maintainability

TECHNICALLY UNACCEPTABLE

The proposal stated a MTTR of 2 hours, but did not provide any supporting data to demonstrate this requirement. The contractor is required to provide their rationale to support this requirement.

**RISK ASSESSMENT:**

Sunbelt did not demonstrate the technical knowledge and experience to manufacture this crane. This is the first time that they have ever attempted to design a crane. Based on their proposal, they offered very little information that their design would be able to meet the specifications and they failed to provide any supporting data to demonstrate the crane is capable meeting the PD. Also, the mast and boom are not designed with sound engineering. Based on the above analysis Regent is assessed as a HIGH RISK.

**AFTER EN's**

The contractor did not demonstrate that their proposed crane will meet all the requirements specified in section M of the RFP; therefore they are TECHNICALLY UNACCEPTABLE. The contractor did demonstrate all requirements except the stress analysis for the boom. The contractor provided a table that summarized the data, but failed to provide the calculations on how they were derived and any assumptions that were made. The government conntacted Sunbelt to request calculations and received the same table.

Due to the fact that this is the first effort at developing a crane and the lack of supporting calculations demonstrating contractor has sufficient knowledge to develop this crane, Sunbelt is assessed as a HIGH RISK.

**CONCLUSION:**

| Contractor | Final | |
|---|---|---|
| | Technical | Risk |
| Air Technical | Unacceptable | High |
| East/West | Acceptable | Low |
| Goodcrane | Acceptable | Low |
| Langa | Not a small business | |
| Regent | Acceptable | Low |
| Sunbelt | Unacceptable | High |

There are three companies that are technically acceptable and all three have a low risk rating when compared to section M of the RFP. When compared to each other, there are differences in the amount of risk. Goodcrane has the lowest risk of all three due to the fact that their design is better engineered and more simplistic than the other two cranes. Their design offsets the mast and boom allowing the crane to interface with airframes at a closer distance. Their crane mechanisms are very well conceived and the user can operate the crane very easily. The crane is already fielded so a finite element analysis was given to demonstrate that the entire crane could lift a 1500-pound load. Also with a fielded crane, there is no risk associated with the schedule delays and costs adjustments. The East/West crane has the next lowest risk. Their design is as simplistic and user friendly as Goodcrane's design, but their crane has not been fielded. Although this crane is very similar to their current crane that is presently fielded by the government. So there is some risk associated with the cost and schedule but it is minor because of similarities to their existing crane. The Regent crane is the third lowest risks. Their design is more cumbersome than the previous two and is not as user friendly. Their design is more difficult to erect and fold and has not been fielded so there are risks associated with schedule and cost. Also with the cumbersome design, there is a risk that performance will be altered.

**DEPARTMENT OF THE AIR FORCE**
**HQ WARNER ROBINS AIR LOGISTICS CENTER (AFMC)**
**ROBINS AIR FORCE BASE GEORGIA**

19 January 2005

MEMORANDUM FOR: East/West

FROM: WR/ALC/LEKSF
295 Byron Street
Robins AFB GA 31098-1640

SUBJECT: Request for Proposal (RFP) FA8518-04-R-70801, Request for Final Proposal Revisions (FPR)

1. You are hereby advised that discussions concerning subject solicitation have been concluded. In accordance with Federal Acquisition Regulation (FAR) 15.307(b), you are hereby afforded an opportunity to submit a Final Proposal Revision (FPR). Before submitting your FPR, be sure to review your proposal a final time, considering all previously submitted responses to Evaluation Notices, ensuring that your FPR adequately reflects your intended offer and that you are satisfied that your response is complete and accurate. This offer will supersede any previous offers you have submitted. Please be advised that any changes introduced in your Final Proposal Revision could introduce new concerns (weakness or deficiency), and that you will not be entitled to another opportunity to address these concerns.

2. A complete proposed bilateral contract is attached hereto. The bilateral contract should be completed at this time and submitted with your FPR. Unless otherwise stated, FPR is deemed valid through **28 February 2005**. Offeror must complete the signature block (block 27) of the face page of the bilateral contract. Also, concerning any other documents submitted in support of your FPR, one copy should be provided.

3. The bilateral contract incorporates the following changes:

   a. SCD on face page has been changed **FROM:** "C" **TO:** "B".

   b. Inspection, Acceptance and FOB for CLIN 0001AA are changed **FROM**: Origin **TO:** Destination.

   c. Quality Assurance (QA) for CLINs 0001AA and 0001AB is changed **FROM**: Commercial **TO:** Standard.

Protected Information To Be Disclosed Only
In Accordance With United States Court of
Federal Claims Protective Order

d. The following clauses are hereby deleted:

| | |
|---|---|
| 52.217-9 | OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)* |
| 5352.247-9005 | SHIPPING CONTAINER MARKING (AFMC) (MAR 2003)** |
| 5352.247-9007 | SPECIFICATION COMMERCIAL PACKAGING (AFMC) (JAN 2000)** |

*Note: Any reference to the word Option is changed to Ordering Period.
**Note: AFMC 158 attached to the model contract duplicates these clauses. No change is made to the packaging requirements.

e. The following clause is hereby added:

52.246-2 INSPECTION OF SUPPLIES--FIXED-PRICE (AUG 1996)

3. Please submit a summary page of all changes in the Technical Volume, listing applicable page numbers with an explanation of any change. Failure to submit documentation supporting the changes may impact the Government's ability to determine realism and reasonableness.

4. Your Final Proposal Revision must be provided to this office **no later than 4:00 p.m. EST, 24 JANUARY 2005.** Proposals received after that time shall be subject to clause FAR 52.215-1 (c)(3) of the solicitation entitled Instructions to Offerors – Competitive Acquisition. It is requested you employ the highest level of caution to ensure that your responses are safeguarded. You are reminded that all data, in any form, that pertains to this acquisition is Source Selection Sensitive; however, do not mark the proposed contractual document pages Source Selection Sensitive or For Official Use Only.

5. Your (interim, not final) Rating Charts are also attached hereto. The charts contain information provided to the Source Selection Authority on 19 Nov 04 during the Clearance Briefing, and reflect changes to your initial ratings as a result of discussions. The Clearance Briefing is conducted prior to release of the Request for Final Proposal Revisions (FPR) and conclusion of discussions, and provides the Source Selection Authority with information regarding the analysis by the Source Selection Evaluation Team of Evaluation Notice responses and other correspondence generated during discussions. These charts contain the Source Selection Evaluation Team's evaluation of the Technical Proposal, Past and Present Performance evaluation information, and Cost/Price evaluation information. You are hereby placed on notice that your proposal is rated technically acceptable.

6. The point of contact regarding this subject is Teresa A. Minton, Contracting Officer, at 478-222-1863. Please submit the completed contract and signature pages by the date specified. Email teresa.minton@robins.af.mil or FAX 478-222-1854.

SIGNED BY : MINTON.TERESA.A.1230709790
SIGNING TIME : Wednesday, January 19 2005, 20:40:58 GMT
LOCATION
REASON TO SIGN :

Teresa A. Minton

TERESA A. MINTON

Contracting Officer

Attachment:
Model Contract
Rating Charts

RECEIVED 9-15-05

# EAST/WEST

1. Approach

The contractor is offering a design that is very similar to their existing design. According to the contractor the design has been fielded for several years.

a. **Sub-factor (1)** Physical Characteristics

TECHNICALLY ACCEPTABLE Risk: Low

Contractor met all physical characteristics. Contractor submitted the necessary information to demonstrate that their crane will meet the maneuverability, boom, and stability requirements.

The risk associated with this sub-factor is considered LOW due to the supporting data, calculations & and their existing crane similarities.

b. **Sub-factor (2)** System Reliability

TECHNICALLY ACCEPTABLE Risk: Low

MTBF

The contractor supplied all the data to demonstrate that the proposed design meets the MTBF requirement.

The risk associated with this sub-factor is considered LOW because the contractor provided information on the parts used on the crane, along with the calculations.

c. **Sub-factor (3)** System Maintainability

TECHNICALLY ACCEPTABLE Risk: Low

MTTR

The contractor supplied all the data to demonstrate that the proposed design meets the MTTR requirement.

The risk associated with this sub-factor is considered LOW because the contractor provided information on the parts used on the crane, along with the calculations.

2. OVERALL – TECHNICALLY ACCEPTABLE

# GOODCRANE

1. Approach

The contractor is offering a design that is derived from a simplistic approach. The crane that the contractor is proposing is already fielded.

a. **Sub-factor (1)** Physical Characteristics

Protected Information To Be Disclosed Only
In Accordance With United States Court of
Federal Claims Protective Order

TECHNICALLY ACCEPTABLE Risk: Low

Contractor met all physical characteristics. Contractor submitted the necessary information to demonstrate that their crane will meet the maneuverability, boom, and stability requirements.

The risk associated with this sub-factor is considered LOW due to the supporting data, calculations & and crane is already fielded.

**b. Sub-factor (2)** System Reliability

TECHNICALLY ACCEPTABLE Risk: Low

MTBF

The contractor supplied all the data to demonstrate that the proposed design meets the MTBF requirement.

The risk associated with this sub-factor is considered LOW because the contractor provided information on the parts used on the crane, along with the calculations.

**c. Sub-factor (3)** System Maintainability

TECHNICALLY ACCEPTABLE Risk: Low

MTTR

The contractor supplied all the data to demonstrate that the proposed design meets the MTTR requirement.

The risk associated with this sub-factor is considered LOW because the contractor provided information on the parts used on the crane, along with the calculations.

2. OVERALL – TECHNICALLY ACCEPTABLE

## REGENT

1. Approach

The contractor is offering a sound design. Their design is based off two previous designs with the exception to a folding mast. Based on information from the technical team, the contractor has never designed this type of mast.

**a. Sub-factor (1)** Physical Characteristics

TECHNICALLY ACCEPTABLE Risk: Low

Contractor met all physical characteristics. Contractor submitted the necessary information to demonstrate that their crane will meet the maneuverability, boom, and stability requirements.

The risk associated with this sub-factor is considered LOW due to the supporting data, calculations.

**b. Sub-factor (2)** System Reliability

TECHNICALLY ACCEPTABLE Risk: Low

MTBF

The contractor supplied all the data to demonstrate that the proposed design meets the MTBF requirement.

The risk associated with this sub-factor is considered LOW because the contractor provided information on the parts used on the crane, along with the calculations.

**c. Sub-factor (3)** System Maintainability

TECHNICALLY ACCEPTABLE Risk: Low

MTTR

The contractor supplied all the data to demonstrate that the proposed design meets the MTTR requirement.

The risk associated with this sub-factor is considered LOW because the contractor provided information on the parts used on the crane, along with the calculations.

2. OVERALL – TECHNICALLY ACCEPTABLE

## SUNBELT

1. Approach

The contractor is offering a trailer mounted crane. Based on information from the technical team, the contractor has never designed an operating crane.

**a. Sub-factor (1)** Physical Characteristics

TECHNICALLY UNACCEPTABLE Risk: High

The contractor did not meet the maneuverability and the boom requirements. Part of the maneuverability requirement required the contractor to demonstrate that the crane could be towed at 15 mph. Instead, the contractor provided information supporting how the crane will remain stable when being turned. The government made the contractor aware of this issue on multiple occasions before the FPR, but they did not respond.

Part of the boom requirement required the contractor to demonstrate that the crane could support 1500 pounds. To demonstrate this requirement, the contractor provided calculations for the material stresses on the sub-structure. But most of the formulas and numbers used to describe the material strength were not specified. The contractor was made aware of this issue but the contractor never responded.

Another part of the boom requirement was to demonstrate that the crane could be operated by one person. The contractor failed to provide any information regarding the forces to collapse/extend boom, elevate/lower towbar, rotate crane, and how one person is going to raise mast while holding hook at ground level. The contractor was made aware of this issue but the contractor never responded.

The risk associated with this sub-factor is considered HIGH due to the fact that changes are likely to be made on the crane in order to meet the one person requirement and the material strength requirement.

b. **Sub-factor (2)** System Reliability

TECHNICALLY ACCEPTABLE Risk: High

MTBF

The contractor supplied all the data to demonstrate that the proposed design meets the MTBF requirement.

The risk associated with this sub-factor is considered HIGH based on the fact that the data supplied is based on a crane that may or may not be able to support 1500 pounds.

c. **Sub-factor (4)** System Maintainability

TECHNICALLY ACCEPTABLE Risk: Moderate

MTTR

The contractor supplied all the data to demonstrate that the proposed design meets the MTTR requirement.

The risk associated with this sub-factor is considered MODERATE even though the contractor provided information on the parts used on the crane, along with the calculations. The configuration on the crane may or may not change in order for it to support 1500 pounds.

2. OVERALL – NOT TECHNICALLY ACCEPTABLE Sunbelt did not respond with a revised proposal at the time of the FPR.

**Eller Thomas G Civ 542 SEVSG/GBZO-PKBB**

**From:** Moore Elaine J Civ WRALC/XR-ACE
**Sent:** Wednesday, March 15, 2006 2:37 PM
**To:** Eller Thomas G Civ 542 SEVSG/GBZO-PKBB; Moore Elaine J Civ WRALC/XR-ACE
**Cc:** Arrington Salena W Civ 542 SEVSG/GBZO-PKBB; Howard Jacquelyn D Civ 542 GBZO-PKBB
**Subject:** RE: 1500lb Crane Final PCAG

This e-mail serves as XR-ACE concurrence with the final PCAG report. Please let me know what your next step is. Are you going to give them the opportunity to update their prices?

***Elaine***

Elaine J. Moore
WR-ALC/XR-ACE
Robins AFB GA
478-926-0264
elaine.moore@robins.af.mil

*Source Selection Information--See FAR 2.101 and 3.104*

***Caution:** This message may contain competitive, sensitive, or other non-public information not intended for disclosure outside official government channels. Do not disseminate this message without the approval of the undersigned's office. If you received this message in error, please notify the sender by reply e-mail and delete all copies of this message.*

---

**From:** Eller Thomas G Civ 542 SEVSG/GBZO-PKBB
**Sent:** Wednesday, March 15, 2006 11:51 AM
**To:** Moore Elaine J Civ WRALC/XR-ACE
**Cc:** Arrington Salena W Civ 542 SEVSG/GBZO-PKBB; Howard Jacquelyn D Civ 542 GBZO-PKBB
**Subject:** 1500lb Crane Final PCAG

**Caution: This message may contain competitive, sensitive or other non-public information not intended for disclosure outside official government channels. Do not disseminate this message without the approval of the Office of the Assistant Secretary of the Air Force for Acquisition. If you received this message in error, please notify the sender by reply e-mail and delete all copies of this message.**
**SOURCE SELECTION SENSITIVE – SEE FAR 3.104**
**FOR OFFICIAL USE ONLY**

Elaine

The Final PCAG report is attached for your review and coordination. Please let me know if you have any questions.

*Tom Eller*

THOMAS G. ELLER
CONTRACT SPECIALIST
542 SEVSG/GBZO-PKBB
DSN: 472-1908
COMM: 478-222-1908
PRIMARY FAX: 478-926-2480 (PAUSE) 10055
ALTERNATE FAX: 478-222-1854

Protected Information To Be Disclosed Only
In Accordance With United States Court of
Federal Claims Protective Order

3/15/2006

THOMAS.ELLER@ROBINS.AF.MIL

**Eller Thomas G Civ 542 SEVSG/GBZO-PKBB**

**From:** Moore Elaine J Civ WRALC/XR-ACE
**Sent:** Tuesday, March 28, 2006 12:36 PM
**To:** Eller Thomas G Civ 542 SEVSG/GBZO-PKBB
**Subject:** RE: 1500LB SSDD

Tom,

After reading it one more time and since we are not putting the confidence ratings in the SSDD, I think we should delete the relevancy ratings. Just take out that box. I know I am the one that suggested it first, but it doesn't flow. Picky, picky!

This e-mail serves as my concurrence. If Jim changes something, please send me a copy of what he wants changed. SSDD guidance is hard to keep up with.

Thanks!

***Elaine***

Elaine J. Moore
WR-ALC/XR-ACE
Robins AFB GA
478-926-0264
elaine.moore@robins.af.mil

*Source Selection Information--See FAR 2.101 and 3.104*

*Caution: This message may contain competitive, sensitive, or other non-public information not intended for disclosure outside official government channels. Do not disseminate this message without the approval of the undersigned's office. If you received this message in error, please notify the sender by reply e-mail and delete all copies of this message.*

---

**From:** Eller Thomas G Civ 542 SEVSG/GBZO-PKBB
**Sent:** Tuesday, March 28, 2006 11:07 AM
**To:** Moore Elaine J Civ WRALC/XR-ACE
**Cc:** Arrington Salena W Civ 542 SEVSG/GBZO-PKBB; Howard Jacquelyn D Civ 542 GBZO-PKBB
**Subject:** 1500LB SSDD

Ok. We have reviewed your suggestions and attached is the document for your review.

Tom

*Tom Eller*

THOMAS G. ELLER
CONTRACT SPECIALIST
542 SEVSG/GBZO-PKBB
DSN: 472-1908
COMM: 478-222-1908
PRIMARY FAX: 478-926-2480 (PAUSE) 10055
ALTERNATE FAX: 478-222-1854
THOMAS.ELLER@ROBINS.AF.MIL

Protected Information To Be Disclosed Only In Accordance With United States Court of Federal Claims Protective Order