# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed October 10, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

**EAST/WEST INDUSTRIES, INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**REGENT**
**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's Unopposed Motion For Leave To Supplement The Administrative Record filed on October 6, 2006, is ALLOWED.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**