IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| EAST/WEST INDUSTRIES, INC., PLAINTIFF | : |
| VS. | : |
| THE UNITED STATES, DEFENDANT | : NO. 06-563C (JUDGE FUTEY) |
| AND | : |
| REGENT MANUFACTURING, INC., DEFENDANT-INTERVENER | : |

COPY

WARNER ROBINS, GEORGIA SEPTEMBER 14, 2006 12:10 P.M.

Deposition of JOE HAMMONDS, Witness, called before Melinda D. Flewellyn, Certified Court Reporter, State of Georgia, Certificate Number B-2307; testimony taken at Comfort Inn, Magnolia Room, 95 S. Highway 247, Warner Robins, Georgia, beginning at approximately 12:10 P.M., September 14, 2006.

*CLAUDE JOINER REPORTING SERVICE, INC.*
*410 AMERICAN FEDERAL BUILDING*
*P. O. BOX 94*
*MACON, GEORGIA 31202-0094*
*TELEPHONE: 478/742-6611 OR 478/746-7804*

contracts that Regent had. Do you think that had, that made any difference when evaluating past performance as compared to a company that may have more recent contracts?

A No. Because that ten years goes back to when they did the design. They were delivering later than that.

Q Did you have any involvement whatsoever in the re-evaluation team?

A No, sir.

Q Do you know who was on the re-evaluation team?

A Yes, sir.

Q Who?

A I believe it was Selena Arrington and Tom --

Q Eller?

A Eller, yeah.

Q Anybody else?

A Not that I'm aware of.

Q Do you know if Elaine Moore had any involvement in the re-evaluation?

A Well, she's part of the ACE, so they would have had to clear any decisions through her. Because that's where these decisions, when these documents are written, they have to go through that process and be approved by that office.

Q Do you know Rodney Forbes?

A Yes, I do.

Q Have you ever heard him say anything negative about