# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed October 24, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

**EAST/WEST INDUSTRIES, INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**REGENT MFG., INC.,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

After careful review of plaintiff's Motion To Supplement Administrative Record filed on September 20, 2006, and Defendant's Response To Plaintiff's First Motion To Supplement The Administrative Record filed on October 12, 2006; and plaintiff's Motion To Supplement Administrative Record filed on October 4, 2006, and Defendant's Response To Plaintiff's Second Motion To Supplement The Administrative Record filed on October 23, 2006, the following is hereby ordered:

1. The motion filed on September 20, 2006, requests leave to supplement the Administrative Record with (1) the deposition transcript of Teresa Minton filed on October 10, 2006, (2) the deposition transcript of Joe Hammonds filed on October 10, 2006, and (3) technical report(s) referenced by Ms. Minton during her deposition. As to the deposition transcripts of Ms. Minton and Mr. Hammonds, this motion is hereby ALLOWED. *Cubic Applic'n, Inc. v. United States,* 37 Fed. Cl. 339, 344 (1997).

Because plaintiff does not properly identify the technical report(s) referenced during Ms. Minton's deposition, plaintiff's motion as to this issue is DENIED.

2. The motion filed on October 4, 2006, requests leave to supplement the Administrative Record with the deposition transcript of Ms. Elaine Moore filed on October 10, 2006. This motion is hereby ALLOWED.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**