# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed October 26, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

**EAST/WEST INDUSTRIES, INC.** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant,** *

**REGENT** *
**Intervenor.** *

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

After careful review of Plaintiff's Third Motion To Supplement The Administrative Record filed on October 10, 2006 which requests leave to supplement the Administrative Record with plaintiff's original letter filed with the Government Accountability Office on October 11, 2005 and plaintiff's supplemental comments to the agency's report filed in connection thereto, and Defendant's Response To Plaintiff's Third Motion To Supplement The Administrative Record filed on October 25, 2006, the motion is hereby ALLOWED.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**