# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed October 27, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
**EAST/WEST INDUSTRIES, INC.** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant,** *
**AND** *
**REGENT MFT., INC.** *
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's Unopposed Motion For Leave To File Supplements To The Administrative Record On CD And To Waive Paper Copy, filed October 27, 2006, is hereby ALLOWED.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**