# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed December 7, 2006)**

| | |
|---|---|
| **EAST/WEST INDUSTRIES, INC.** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant,** | |
| **and** | |
| **REGENT MANUFACTURING, INC.,** | |
| **Intervenor.** | |

## ORDER

Defendant's Unopposed Motion For Leave To Supplement The Administrative Record, filed August 23, 2006, is hereby ALLOWED.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**