# In the United States Court of Federal Claims

**No. 06-563C**
**Bid Protest**

**(Filed December 18, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **EAST/WEST INDUSTRIES, INC.** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the Notice Of Dismissal Of Counts Five, Six And Seven Of Plaintiff's Complaint Without Prejudice, filed on December 18, 2006, the case is hereby DISMISSED. The Clerk of the Court is directed to DISMISS this case without prejudice. No costs.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**