# In the United States Court of Federal Claims

**No. 06-563 C**

**EAST/WEST INDUSTRIES, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Notice of Dismissal of Counts Five, Six and Seven of Plaintiff's Complaint, filed December 18, 2006, and the court's Order filed this same date,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice. No costs.

Brian Bishop
Clerk of Court

**December 18, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.